property, abutting on said river, by impairing navigation to it, and destroy its value for dock purposes.

*S. Fay Carr* and *Helen Z. M. Rodgers* for appellant.

*David S. Jackson* and *John B. Richards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

BLUE RIDGE COAL CORPORATION et al., Appellants, *v.* GENEVIEVE M. LEWIS, Defendant, and ROYAL INDEMNITY COMPANY, Respondent.

*Attachment — action to establish ownership of property attached and to recover value thereof — motion for summary judgment properly denied.*

*Blue Ridge Coal Corporation* v. *Lewis*, 210 App. Div. 275, affirmed.
(Argued May 5, 1925; decided May 15, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1924, which reversed an order of Special Term granting a motion for summary judgment and denied said motion. The complaint demanded that the defendant Genevieve M. Lewis establish that she was the owner of property at the time of its seizure under a warrant of attachment, and that in case of her failure so to do plaintiff recover from the defendants Genevieve M. Lewis and Royal Indemnity Company, jointly and severally, the value of the aforesaid property so claimed by the defendant Genevieve M. Lewis, with interest from the date of the undertaking. The Appellate Division held that a defense that the sheriff without any authority required a bond, although he failed to secure a bond from the attaching creditor as required by the Civil Practice Act; and that the claimant was entitled to her property under the circumstances without filing a bond, was good if sustained by proof. The following question was certified:

" Was plaintiff's motion properly denied as matter of law? "

*Jonah J. Goldstein* and *Aiken A. Pope* for appellants.
*Barnett Cohen* and *Frank J. O' Neill* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

In the Matter of the Claim of BENJAMIN LORCHITSKY, Respondent, against GOTHAM FOLDING BOX COMPANY et al., Appellants.

THE STATE INDUSTRIAL COMMISSION, Respondent.

(Submitted May 11, 1925; decided May 15, 1925.)

Motion to amend remittitur denied, without costs. (See 230 N. Y. 8.)

---

ISABELLE M. NILES, Respondent, *v.* FREDERICK SEELER, Appellant.

*Practice — summary judgment — when answer and affidavit clearly present issue motion for summary judgment should be denied.*

Where defendant's answer and affidavits upon a motion for summary judgment clearly present the issue whether there was any consideration for a note involved in the action, the issue should be tried in the ordinary manner and not disposed of by a summary judgment.

*Niles* v. *Seeler*, 209 App. Div. 867, reversed.

(Argued May 11, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1924, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term, striking out defendant's answer and granting a motion for summary judgment.

*Milton R. Weinberger* and *William Klein* for appellant.

*Joseph Walker Magrauth* and *Arthur F. Driscoll* for respondent.

*Per Curiam.* The defendant's answer and his affidavits produced upon the motion for summary judgment clearly present the issue whether there was any consideration for the note involved in this action.